# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 9, 2016

## NO. 03-13-00792-CR

**Kayla Rae Moore, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM 424TH DISTRICT COURT OF BURNET COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND BOURLAND
## AFFIRMED -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the judgment of conviction signed by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment of conviction. Therefore, the Court affirms the district court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.